Petition for

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

the state v Geo Group et. al.

FILED
LODGED
RECEIVED
COPY

MAY 16 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
K17
DEPUTY

REFERENCE CIV.L.R.- 1,7.1(A)(1)(2)(3)
(Rule Number/Section)

CV-23-8088-PCT-DWL (JFM)

This petition is being written because there are officers in positions of leadership that are preventing inmates from receiving mail (physically and electronically) despite being allowed in accordance to Department Order 914 which is in violation of the Constitutional Rights of Prisoners. In many incidents, the mailroom does not send mail out in a timely manner. Sergeant R. Marschke has been cited the most as the mailroom officer that abuses his power to contraband mail and emails. This has resulted in the mailroom to; hold mail which is a violation of the above rights ($1-5.9), misquoting policy from Department Order 914 in violation of the Constitutional Rights of Prisoners ($1-5.9), Overcensorship in violation of the Constitutional Rights of Prisoners ($1-5.9 and Brown v Board of Education 1968, Miller v. California 1973), and preventing religious objects from entering the prison in violation of the Constitutional Rights of Prisoners ($1-7.3, Newton v Cupp). Sergeant R. Marschke has continually violated the rights of prisoners of a certain population, the population being prisoners in a sex offender yard, due to discriminatory idealism in violation of the Constitutional Rights of Prisoners ($1-5.10). Even though Sergeant R. Marschke is cited for the majority of these incidents, there are other officers that have violated the Constitutional Rights of Prisoners as well. The staff members above Sergeant R. Marschke are also at fault for allowing these violations of prisoners' rights to occur and worsen over several years despite the inmate population communicating thier concerns and complaints. It must be stated that these may not be the only violations that have occurred, they are just the most obvious violations the people of the state are aware of.

The signatures on the following pages represent the inmates who have been a victim of these violations and strongly believe that remedies need to be taken in the mailroom immediately. Evidence of the violations and the communication that the people of the state had with the Geo Group staff is attached at the end of the original petition.

In conclusion, the facts are that the Geo Group facility is taking it upon themselves to interpret the Department Orders of the Arizona Department of Corrections and the main individual that is abusing his power and continue to victimize inmates at this facility is that of Sergeant R. Marschke. This same individual has created gatherings of inmates to peacefully protest the removal of this individual from this facility. The Geo Group powers of authority continue to give empty promises when dealing with Sergeant R. Marschke "internally". This merely results in an absence of Sergeant R. Marschke for a couple of days if any, but then the violations become more frequent and/or worsens. There are some simple remedies to these problems; the immediate removal of Sergeant R. Marschke from any control or power of any inmates of any population and for the rest of the Geo Group staff to interpret the Arizona Department of Corrections Department Order 914 in a literal sense instead of the biased and opinionated interpretations they have now. This is to be done with prejudice, without retaliation or harassment against the inmate population, of any form, in regards to this petition.

| ADC # | name<br>Firstname, Last name<br>Print | signature | intials |
|---|---|---|---|
| 198423 | Ken Hoglan | K.Hf | KH |
| 317586 | EDUARDO MARTINEZ | Eu | EM |
| 319540 | Sanford Caime | Sanford Caino | SC |
| 197465 | Halsey Micheel | Michael Hedu | MH |
| 323634 | Dallas M Archer | Dallas Archer # occ1-308 | DMA |
| 249226 | Daniel Zoellner | | O.Z |
| 300811 | Shaquawn Gamet | | S.MR.G |
| 271700 | Eric Sedillo | | ES |
| 290235 | Sanchez, Michael | Michael Sanchez | MS |
| 329831 | Matthew Curtis | MAT | MC |
| 315366 | Glenn Harmon | | H |
| 260684 | Decker, Grant | | GD |
| 306840 | Menroz Jorge | morroe forge | m |
| 195564 | RUTAN, AARON | aaron E Ruttan | ALR |
| 275164 | GRAHAM, CLYDE | GRAHAM, CLYDE | GC |
| 247155 | Castillo JOSE | fox 4 lostillo by | JC |
| 300511 | ALEXIS neAL | | A.N. |
| 33633 | Harrington, Justin | | JH |
| 329867 | Burleigh, Phillip | | PB |
| 338238 | HOBARD, ROGER | R.Hilbard | RH |
| 342101 | Ashley, Kyler | | KA |
| 311908 | Gunnison CHall | Chal Sui | CG |
| 331981 | Vaglio, Christopher | C - V. | CV |
| 178866 | Segundo. M. | M Segndr | MS |
| 267954 | Tyler, Eastland | | TE |
| 315337 | MA | Mose Ru | W.M |

| ADC # | Print name (First name Last name) | Signature | Initials |
|---|---|---|---|
| 356315 | Allen Munoz | | CE |
| 343391 | Matthias Baker | Bob ... | MB |
| 292874 | Rudy Barriga | Rudy Dan | KD |
| 356519 | Joshua Evans | Joshua Evans | JE |
| 352544 | Alex Waldon | alex Waldon | AC |
| 335627 | Jathen Gonzalez | | JAG |
| 336498 | Alberto Moreno | | AM |
| 355355 | Joey Hesle | | JH |
| 314161 | Juan Samuels | | JS |
| 129347 | Escobedo Tony | | TE |
| 3044666 | Duran David | | DD |
| 336827 | JePaul Martin | | JM |
| 287668 | Richard Genger | | RRG |
| 213791 | Kurns Christopher | | CC |
| 356113 | Chapel, Kenneth M. | | KC |
| 336061 | Wesley Davis | | WD |
| 357178 | MICHAEL DOBBY | Michael Dobby | M.D. |
| 347562 | NEMMAR PASCAL | | PR |
| 285466 | Seumphery Aaron | | AS |
| 352690 | Peter P. Celaya Jr | Petocih | PC |
| 336923 | James Richard Lyon | James Lyon | J.R.L |
| 321734 | MOAT JEFF | Jeff moat | JM |
| 344468 | Justin Hyde | Justin Hyde | SH |
| 204621 | Omar Gave | | OG |
| 358714 | JAVIER DAVILA | | JD |
| 252655 | Jesus Mancinas | Jesus Mancinas | JM |

| ACD# | name<br>Fristname, Lastname<br>Print | signature | intials |
|---|---|---|---|
| 223820 | Gregory Garcia | | GG |
| 279855 | Byron Rivera | By Ri - | B.R. |
| 156617 | SALAZAR JOSE | | $ |
| 213404 | Trone Thomas | | TT |
| 292874 | Rudy Barriga | Rudy Dair | RB |
| 358769 | Samuel Benedetto | Samuel Ben | SB |
| 288084 | Cortes Javier | Jon al | J. e |
| 348535 | Friehauf Harry | Hur Ht Lu | HF |

| ADC # | Name (First name, Last name) Print | Signature | Initials |
|-------|-------------------------------------|-----------|----------|
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |
|       |                                     |           |          |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 151600 | RICHARD DOMINGUEZ | RICHARD DOMINGUEZ | RD |
| 335782 | mladen Ristic | | ML |
| 287623 | Steven P Daniels | | SD |
| 357163 | David Lewis | | L |
| 353594 | Jonathan Foster | | f |
| 355564 | John Watkins | | JW |
| 325358 | Frank Brown | Frank Brown | FLB |
| 312003 | martell Younger | martell Younger | MCY |
| 301616 | Terrance Fizer | | VF |
| 293946 | Eric Jones | | EJ |
| 344159 | Cameron Brush | Cameron Brush | CB |
| 123245 | Robert Allen | Robert All | RA |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|-------|-----------------------------------|-----------|----------|
|       |                                   |           |          |

| ADC# | name Frist name, Last name Print | Signature | intials |
|---|---|---|---|
| 339313 | Napoleon Alcunzar | | N/A |
| 358753 | Ceylantorres | | ct |
| 343435 | Jose Padilla | | JP |
| 358887 | Jacob J Ruiz | | |
| 2782960 | Westover Hiltonk | Hilton Westover | HRW |
| 317386 | TORTICE DARRELL | | DT |
| 3581663 | HAMBLIN ALLEN | | AJ |
| 349679 | Danny Aragon | | DA |
| 337045 | Todd Rosenblatt | Todd Rosenblatt | R |
| 357806 | David Urdahl | David Urdahl | DM |
| 321077 | WILLYAM JOACHIM | | WJ |
| 359199 | Preston Lemke | | PHC |
| 272748 | Ricardo Sosa | | |
| 132097 | Serapo A | | ST |
| 284616 | Albert Moraga | Albert D Moraga | ASM |
| 147673 | KEDDY, SCOTT | Scott Eddy | SK |
| 124805 | Washington Almaine | Almaine Washington | AW |
| 343725 | JACKSON, LAVERN | Lavern Jackson | LJ. |
| 304849 | Ward, Kevin | | |
| 254112 | GAINES, JAMES | J Hm | |
| 263353 | William L Billings | WB | WB |
| 146472 | Lewis, Shawn T. | | SL |
| 344565 | MOLINA, RAFAEL | | RM |
| 356562 | Cabrera, Jose Jr | | J.C. |
| 328076 | Cifuentes, mike | | m.c |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 335359 | John Engelen | John Engelen | JE |
| 184958 | John Watkins | John Watki | JW |
| 287850 | Gabriel Orve-Perez | Orv | G.P.C. |
| 34490 | Collin Taylor Alseth | | CA |
| 318863 | SUNSHINE CARTER | Sun | SC |
| 206699 | Felix Danny | Danny Felp | DHF |
| 190857 | BENNETT WILLIAMS | Bennett William | B.W. |
| 340893 | Quincy Vason | Cqe | CPU |
| 251592 | Goodwin John | John Head | JG |
| 172677 | Schaffer Chris | | CS |
| 346954 | JEFFREY PRELLER | | MP |
| 302378 | THOMAS BOLTOM | Tom Bolton | T.B. |
| 339510 | Michael Rapp | Michael Rapp | MR |
| 338924 | Casey Martin | | CM |
| 340709 | Jacob Garcia | | JG |
| 335214 | TIMOTHY HIGGINS | | |
| 299579 | Guido Puccini | | G.P. |
| 308621 | Cestro Oscar | Cdt | OB |
| 197703 | Alejandro Borajas M | Alejandro Borajas | AB |
| 536600 | RAYMOND PELTIER | | RP |
| 314276 | BRADLEY ISENBERG | BRADLEY ISENBERG | BI |
| 353342 | Rafael Gomez | Rafael Gomez | R.G |
| 355332 | Anthony Anaya | | AA |
| 355681 | VANCE BARTLETT | Vanc | VMB |
| 294945 | David DePuydt | | DD |
| 352920 | Brian Durrientos | Brian Barrientos | B.B |
| 353160 | Devin Jeremy Malady | | DJM |
| 355501 | Floyd Hueston | Floyd Hueston | FH |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 335/31 | Tanner Albers | | TA |
| 353615 | McAlister, Brian | | Bm |
| 346465 | ZUANCIGARROA | | I.C |
| 283202 | Ochoa Luis | | L O |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 33296-7 | Douglas Hensley | Doug Hensley | D. H. |
| 329377 | Philip Gray | Philip Gray | P. G. |
| 352539 | John Spero | | ℬ |
| 352515 | Castillo JOEL | | JC |
| 332536 | Daniel Galloway | Daniel Galloway | DAG |
| 258848 | Chris HANNER | Cork | CH |
| 347516 | Eric Arntsen | | Ec |
| 328270 | William Conway | | WC |
| 333511 | Billingsley Brad | B | BB |
| 306485 | DENNIS CRABTREE | Dennis | DC |
| 350904 | Marcus Halstead | Marcus Halstead | M.H |
| 321330 | Ramund Espinosa | | RE |
| 334310 | BEST, Noah | | NB |
| 335164 | Blakey Nathan | | NB |
| 333509 | Kameron Lyle | V. L | V. L. |
| 330179 | Vazquez Misael | Misael Vazquez | MV |
| 338857 | Isidro Cabrera Felix | | IC |
| 320141 | Max Rodriguez | | MR |
| 308647 | Stewart Kihlichee | Stewart Kihlichee | SK |
| 335155 | Richard Tackett | Rich Tackett | RT |
| 263076 | DAViD Rich | | DR |
| 352914 | Kevin Huffman | | KH |
| 345346 | Hunter Tinger | | HT |
| 270022 | CHAMBERS, STEVEN B | Steven B Chambers | SBC |
| 343173 | BriaN Kemp | B~ Kp | BK |
| 286609 | Di Matteo Anthony | | AD |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 309303 | Martinez, Samuel | Samuel Martinez | SM |
| 332206 | FLORES, Christian | | CF |
| 071619 | Henry Bailey | Henry Bailey | H.B |
| 355735 | Todd Ohlendorf | | TO |
| 321744 | Villatoro Avisai | Avisai V. | ARV |
| 349149 | Patrick Cann | | PC |
| 181924 | De La Cruz, C | De La Cruz, Christian | CDLC |
| 310367 | Joshua Warner | | JW |
| 222055 | Todd Peterson | Todd Peterson | TP |
| 347615 | Thomas Bowden | | TB |
| 220129 | Oscar E. Muñoz | | OEM. |
| 321930 | Michael Bailey | | MB |
| 186873 | Blackburn, Kenneth | | KBB |
| 206992 | Ball, Kirk D. | | KDB |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 197401 | Josh Hardwick | | |
| 301509 | Justin Fisher | Justin Fisher | J. F. |
| 320905 | Dillon Carter | Dillon Carter | D. C. |
| 519169 | Mike DeRuiter | | M. D. |
| 317038 | Travis Weltzin | | TMW |
| 293768 | Tyler Hartleb | | T.H. |
| 253462 | Chris Sanders | Chris Sanders | C.S. |
| 162761 | Brian Lewis | Brian Lewis | B.L. |
| 338583 | Lee Stanek | Lee Stanek | L.S. |
| 186764 | Robert Craft | | R.C. |
| 344147 | Cory Spencer | | CS |
| 295022 | Darnell Elbert | | D.E. |
| 297597 | Jeremy Baland | | J.B. |
| 325391 | Bryan Hartman | Bryan | BH. |
| 320715 | DeCorse Carlos | | CD |
| 164199 | Burfield Michael | Burfield michael | MCD |
| 353476 | Lacy, Marvin | Marvin | MLL |
| 350622 | Hubert Johnson | Hubert John | HE |
| 344174 | Nickey, Jacobe | | JN |
| 361205 | Innocent Bradley | | IB |
| 341718 | Arlow Lathew | | AJL |
| 154666 | Amado Peña | Amado Peña | AP. |
| 349469 | Brady Loberg | | B.L |
| 343155 | Dean Tarnow | Dlarnow | DT |
| 333003 | Robert Luke | Robert Luke | RL |
| 329000 | Guerra Luis | | GL |
| 277925 | Centeno Jose | | CC |

| ADC # | Print Name (First Name Last Name) | Signature | Initials |
|---|---|---|---|
| 285465 | Kevin Mitton | | KM |
| 298045 | VALDEZ, ALEJANDRO | | AV |
| 287250 | TERRY EISENHAUER | | TE |
| 080368 | MORRIS, ERIC D. | | EDM |
| 174273 | Thomas, Anthony A | Anthony A Thomas | AAT |
| 316921 | Joseph Triste | | YS |
| 351519 | Senon Manriquez | | SM |
| 316900 | Tim TOWNER | | |
| 223796 | DONALD VAN JR | | |
| 312453 | STEVEN HERMES | Steve Hermes | SH |
| 335041 | Steven Simmons | | SS |
| 117089 | Robert Swiney | Robert Swiney | R.S. |
| 353178 | Billy Friend | Billy Friend | B. F. |
| 287741 | Daniel Monson | | DM |
| 337082 | Nathan Arzate | | N.RA |
| 267318 | John Buhmeyer | John Buhmeyer | JIB |
| 269054 | Sullivan Antonit | | CN |
| 314721 | Danny Valenzuela | | DV |
| 330149 | Edward Rankin | Ed Rel | ENR |
| 356333 | Casey Cox | | CC |
| 273686 | BRANDON BARRETT | | BB |
| 295446 | Zambira Alexander | | Z |
| 306076 | Kernohan, Thomas R. | | TRK |
| 219081 | HARRIS CHRISTOPHER | | CETH |
| 351733 | FLORES, ROBERT | | RF |
| 327040 | PREDO BRIAN | Brian Prello | BP |

| ADC# | name First name, Last name Print | Signature | intials |
|---|---|---|---|
| 330869 | Armando Yepiz | Armando Yepiz | AYR |
| 314407 | BRYON YSABI | | FSY |
| 344734 | Miguel Gonzales | | MG |
| 203234 | Murray & Sterling | M M | SM |
| 257424 | Brian Faulk | Brian Faulk | BF |
| 307520 | JON-WATSON | | JW |
| 325013 | Kevin Hall | | KH |
| 260923 | DAVIS, ALLEN | | AD |
| 180168 | BRUCE HOFFMAN | Bruce Hoffman | BH |
| 338159 | Carlos Andrews | | |
| 288575 | ABRAHAM DELAROSA SR. | | |
| 332459 | Joseph Baus | | JB |
| 320379 | Justin Keith Huey | JUS | JKH |
| 342898 | Kyler Leyva | | KL |
| 102141 | Michael Lewis | | ML |
| 321005 | Brian Deerey | | |
| 166638 | Langway, Matthew | Matthew Langway | ML |
| 308493 | Stephen Austin | Stephen Austin | SA |
| 183801 | Gary Davis | Gary Davis | G.D. |
| 192672 | Gary Richter | | G.R. |
| 311351 | JASON MERRYMAN | | JAM |
| 332384 | Nuñez Juan S | | NJS |
| 107825 | PATRICK MORRISON | Patrick Morrison | P.M |
| 287513 | Richard Alday | Richard Alday | RA |
| 300155 | Martinez Fernando | | FMTZ |
| 212834 | Dowling, James P. | | JPD |
| 352601 | WEST-JAY | | JW |

| 306375 | Victor Suastegui | Vtt | VS |
| 328947 | Delgado Carles | Corla | C D G |
| 311055 | Azulon Ramon | | A R |
| 337541 | Humberto C. Cardial | hurt Geo 2 | H.C.C. |
| 353238 | Joshua Portella | Joshua P | J.P. |
| 332911 | Schoenberger, K, L E | | BS |
| 291564 | Brillant, Joy | Joy Brillint | J.B. |
| 848540 | Cortes Rosado Calos | CR | CR |
| 343224 | Bruno Russell | | BR |
| 202235 | Tom Stemmer | | TS |
| 299558 | Patrick Lisa | P.L. | PML |
| 353135 | Alex Arellano | Alex Nollao | AAA |
| 450015 | Chris Outdireros | | Chy |
| 356545 | GARCIA, ROBERT | | RG |
| 260636 | Ramirez, Lupe | | J.R. |
| 314395 | ESPARZA, Ruben | | RE |
| 305427 | Derrick J Curtis | Derrick J Curtis | DJC |
| 307500 | Michael Dobbs | | MD |
| 343257 | Brian Zender | | BZ |
| 311635 | Reeder Dennis | | DR |
| 251648 | Holland, James | | JH |
| 355696 | Birch, Michael | | MB |
| 304997 | Lopez, Shaun | | SL |
| 342692 | Hittle Dwayne | | DH |
| 293427 | Johnny Graham | | JG |
| 329129 | Jordan Christopher | | CG |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 334609 | JOSE CARDIEL | | |
| 343310 | Cody Fry | | CMF |
| 356228 | Jacob C Zamora | | |
| 293559 | JESUS ARISPE | | JA |
| 333105 | MICHAEL MATTOX | | MTM |
| 357289 | Eduardo Felix | Eddie Felix | ERF |
| 313391 | Cesar Lopez | | CL |
| 340128 | John Romero | | JR |
| 246864 | Sixto Rocabado | Sixto Rocabado | SR |
| 335095 | Anthony PEREZ | | AP |
| 264878 | Gaylord Barnes | | GWB |
| 341337 | Macias, Richard | | |
| 286028 | WALLACE, DANIEL | | DW |
| 32105l | michael Fisher | michael Fisher | MF |
| 316447 | Ryan morris | Ryan morris | RM |
| 331756 | Bruce Vasquez | | BV. |
| 396160 | Marcus Rowland | | MR |
| 343161 | Toddrick Cooks | | T.C |
| 336124 | Rios Reynaldo | | RR |
| 282811 | Escalera Sammy | | SE |
| 342665 | Barney, Kevin | | KB |
| 335393 | Vargas, Anthony | | AV |
| 276681 | Hertel Frank | FK Hull | FKH |
| 232168 | Castorena, Abraham G | Abraham G. Corst | age |
| 345742 | Rios-Perez, Aldo | | ARP |
| 210505 | Garza, Raymond | Raymon Garza | RG |
| 335831 | Nass, Arnold | | AW |
| 332029 | Delgado Michael | Michael Delgado | MJD |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 351583 | TIMOTHY TRUJILLO | | AH |
| 316379 | Brendan Murphy | | BJM |
| 085609 | Dwayne Tiller | | DT |
| 332529 | Richard Simental | | RS |
| 316924 | Mungé Christopher | | CM |
| 301605 | SALAS, ARTURO | | AS |
| 332077 | Prieto, Shaun | | S.P |
| 317587 | Montelongo, Alex | | AM |
| 309359 | Terrell, Donald | | T.T. |
| 330830 | Holling, Raymond | | RH |
| 308060 | H.71 barrett | Barrett Rich | b.17. |
| 290584 | Nilson, Quezada | | N.Q |
| 319388 | McMORRIS, ROBERT | | JRM |
| 320170 | Typhaun Talden | | T.T |
| 112692 | Pachecco, Isidro | | I.P |
| 218742 | Cairn, Mole H | Mala Cein | NMC |
| 235840 | Everardo Isler | Egull | EIN |
| 335168 | Henate Bryan | | JSF JM |
| 311672 | mendoza Jesus | | JM |
| 236583 | Noriega Santos | | S.G.N. |
| 291087 | Rawl Carbajal | Raul C. | RC |
| 330919 | Chad Schulz | ChPS | CMS |
| 329611 | Joshua Givens | | J.G. |
| 325826 | James Tiegs | | JT |
| 356025 | Larry Williams | | A |
| 332699 | Quirie Torres Francisco | | GTFJ |
| 335146 | Quiroz, Rafael | | RPQ |
| 358803 | Avalos, Luis | LUIS AVAIS | LOA |
| 358803 | Avalos. Luis | | |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 314995 | Byron Cadenas | | B.C |
| 356428 | Alejandro carreon | aujendro carreon | A.C. |
| 351476 | EDWARD OCHOA | | EO |
| 356418 | WILLIAM STANLEY | William Stanley | WS |
| 313354 | CHESTER DAVIS | | C.D. |
| 353754 | Newhall Joshua | Nuth Newhall | J.N |
| 356369 | WAYNE SPALDING | | WS |
| 353740 | Nimely Worloh | | N.W |
| 356969 | Alex Brown | Alex | AB |
| 343360 | VICTOR D. RIVERA | | vok |
| 324245 | Houton, Triston | Triston Houton | TH |
| 199833 | MARK CRAWFORD | Mark Craw | MC |
| 356411 | Jind Brekel | | NB |
| 315759 | Tony C. Soja | | |
| 358405 | EFRAIN A. | EFRAIN A. | E.A.J. |
| 312154 | Archer Daniel | Daniel Archer | DA |
| 326638 | Kelly Jones | Kelly | Kelly |
| 215959 | Jonathon Redmond | Jonathon Redmond | JMR |
| 325400 | Nehemias Ruiz | | NLR |
| 291028 | William Brown | | UB |
| 323346 | Henry Roy | | RH |
| 320555 | Worden, Frank E. | | FEW |
| 313394 | Abraham N. Perez | | ANP |
| 350060 | Dioney Carlos Zavalza | | DCZ |
| 349065 | Graves, John | | JG |
| 253507 | Ramirez Ignacio | Ignacio Ramirez | IR |
| 346318 | David Lemanshi | | DL |
| 318370 | Tim Aus | | TA |

| ADC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 166473 | JOSEPH WHALEY | Joseph D. Whaley | JW |
| 174699 | Michael Pierce | M-Pm | NP. |
| 314638 | COX Daniel | Daniel Cox | D.C. |
| 323170 | Gortarez.m.Gabriel | Earl Cor | Gort G |
| 131649 | FRANKLin Omori | Frankli Omri | F.O. |
| 288180 | Cory Van Cleve | Cby VanClive | CV |

| AOC # | Name (First name, Last name in print) | Signature | Initials |
|---|---|---|---|
| 174699 | Michael Pierce | | MP. |
| 314636 | Cox Daniel | Daniel Cox | DC. |
| 323170 | Gortarez m. Gabriel | | G.m.G |
| 131649 | FRANKLIN Omori | Franklin Omu | F.O |
| 288180 | Cory VanCleave | | CV |

| IOC # | Name (First name, Last name in print) | Signature | Initials |
|-------|---------------------------------------|-----------|----------|
|       |                                       |           |          |

2 of 3
1-C

| ADC # | Name<br>First name, Last name<br>Print | Signature | Initials |
|---|---|---|---|
| 275948 | Jerry Morrow | Morrow | Jm |
| 310937 | Jones, Darrick | Dn | DJ |
| 339743 | Jonathan, Carson | | J.P.C |
| 277563 | Devonte Osborn | Jon Osl | D.F.O |
| 340211 | Jon, Scott | | JS |
| 191975 | Frank Charlson | Frank Charlson | FWC |
| 128277 | DAM Simmons | | DJ |
| 355812 | Steve Peterson | | SOP |
| 342803 | Daniel Dean | | DeD |
| 351555 | Smith Joshua | | JS |
| 186081 | Francisco Coscio | Franx Coscio | FC |
| 149043 | | | |
| 356132 | Timothy Mayer | tim Mayer | TJM |
| 322899 | Aaron Marona | | M |
| 302009 | Ryan Whisman | | RW |
| 349454 | Harrison Blake | Harri Bl | HB |
| 269918 | Maddox, Edward P. | Edward P. Maddox | EM |
| 301780 | Caputo, Christopher | Chi Cl | CC |
| 351563 | Corneil Ellis | P Ellis | CE |
| 340375 | Bobby Hammonds | Bobby Hammonds | BH |
| 348056 | Sammy Garcia | | SG |
| 305534 | christopher Gibbons | Gibbons | CG |
| 355578 | ABNER BALDERRAMA | a falderrama | AB |

30F3
1-C
ADC #

name

Frist name, Last name
Print          Signature          intials

| ADC # | Print | Signature | intials |
|---|---|---|---|
| 339743 | Jonathan , Carson | | J.R.C |
| 277563 | Devante, Osborn flores | | D.F.O |
| 310937 | Jones, Darrick | | D.O. |
| 275948 | Jerry morrow | morrow | |
| 128277 | Simmons  DAI~ | | D |
| 340211 | Jon , Scott | | JS |
| 353812 | Steve Peterson | | SSP |
| 342803 | Daniel Dean | | DcD |
| 191975 | Frank Charlson | Frank Charlson | FWC |
| 186081 | Francisco Cascio | Francis Cascio | FC |
| 356132 | Timothy mayer | Tim Mayer | TJM |
| 322899 | Acron Marona | | M |
| 351555 | Smith Joshua | | JS |
| 149040 | Momer Hof | | |
| 305534 | Christopher Gibbons | | CG |
| 345454 | Harrison Blake | Hai Bo | HB |
| 302009 | Ryan Whisman | | RW |
| 269918 | Maddox, Edward P. | Edward P. Maddox | EM |
| 301780 | Caputo, Christopher | | CC |
| 351563 | Corneil Ellis | | CE |
| 340275 | Bobby Hammonds | Bobby Hamon | BH |
| 348056 | Sammy Garcia | | SG |
| 355578 | ABNER BALDERRAMA | | aB |

Inmate Byron L. Cadenas #e3vL
ADC # 314995
Arizona State Prison Complex  Kingman
Unit  Huachuca
P.O. Box  6639
          Kingman      AZ  86402

quadient
CORRECTION
IMI
$002.22 ⁰
05/12/2023 ZIP 86413
043M30238509

US POSTAGE


The Honorable  Roslyn O. Silver

Senior United States District Judge

401 West Washington Street #10
Phoenix Az, 85003


RECEIVED

MAY 1 6 2023

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA


"LEGAL MAIL"
ARIZONA DEPARTMENT OF
CORRECTIONS,
REHABILITATION AND
REENTRY